**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FT. MYERS DIVISION**

**UNITED STATES OF AMERICA**

v.                                                                                          Case No.2:11-cr-97-FtM-29SPC

**JUDE SEREME**

_____/

**RENEWED MOTION TO ADOPT C0-DEFENDANT'S MOTION TO
SUPPRESS WIRE-TAP EVIDENCE**

The defendant, JUDE SEREME, by and through undersigned counsel, hereby moves to adopt Co-Defendant Neheme Ductant's Motion to Suppress Wiretap Evidence and in support thereof would state;

1. On February 8, 2012, Co-Defendant, Neheme Ductant, filed a Motion to Suppress Wiretap Evidence.

2. Mr. Sereme previously moved to adopt Mr. Ductant's motion

3. Pursuant to this Court's order, Mr. Ductant then filed a Supplemental Memorandum in Support of his original motion to suppress.

4. This Court subsequently entered an order requiring each defendant to confirm that he still wished to adopt Mr. Ductant's motion.

5. Mr. Sereme does, in fact, wish to continue to adopt Mr. Ductant's motion.

. WHEREFORE, for the above stated reasons, and those stated in his original request, Mr. Sereme moves this Court to GRANT this motion and renews his motion to allow him to adopt Co-Defendant Neheme Ductant's Motion to Suppress Wiretap

Evidence.

Respectfully submitted,

DONNA LEE ELM
Federal Defender

/s/ Russell K. Rosenthal
Russell K. Rosenthal
Florida Bar No. 0319244
Assistant Federal Defender
1514 Broadway Suite 301
Fort Myers Florida 33901
Telephone: 239 334-0397
Fax: 239 334-4109

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 6th of March, 2012, a true copy of the foregoing was electronically served to Jesus Casas, Assistant United States Attorney, Office of the United States Attorney, 2110 First Street, Room 3-137, Fort Myers, Florida, 33901.

/s/ Russell K. Rosenthal
Russell K. Rosenthal
Assistant Federal Defender