UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,  __
    Government X

v.                                        Case No.  2:11-cr-97-FtM-99SPC

JUDE SEREME et al                  X   Evidentiary
                                                  __  Trial
                                                  __  Other

    Defendant  __

| | | **EXHIBIT LIST** | | |
|---|---|---|---|---|
| **Exhibit Number** | **Date Identified** | **Date Admitted** | **Witness** | **Description** |
| 1 | | | Davis; Hedrick; Kirkby | Google satellite map of location of traffic stop |
| 2 | | | Kirkby | Video recording of traffic stop |
| 3 | | | Kirkby | Transcript of audio portion of video of traffic stop |
| 4 | | | Davis | Supporting documentation for interception of communications occurring on (239) 384-1052 |
| 5 | | | Davis | Supporting documentation for interception of communications on (239) 384-1052 and (754) 244-3916 |
| 6 | | | Davis; Hedrick; Kirkby | Photographs of traffic stop site |