UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,    __
        Government <u>X</u>

v.                                  Case No.  2:11-cr-97-FtM-99SPC

JUDE SEREME et al            <u>X</u>   Evidentiary
                                __   Trial
                                __   Other

        Defendant  __

| | | EXHIBIT LIST | | |
|---|---|---|---|---|
| Exhibit Number | Date Identified | Date Admitted | Witness | Description |
| 1 | 3/7/12 | 3/7/12 | Davis; Hedrick; Kirkby | Google satellite map of location of traffic stop |
| 2 | 3/7/12 | 3/7/12 | Kirkby | Video recording of traffic stop |
| 3 | 3/7/12 | 3/7/12 | Kirkby | Transcript of audio portion of video of traffic stop |
| 4 | | | Davis | Supporting documentation for interception of communications occurring on (239) 384-1052 |
| 5 | | | Davis | Supporting documentation for interception of communications on (239) 384-1052 and (754) 244-3916 |
| 6 | 3/7/12 | | Davis; Hedrick; Kirkby | Photographs of traffic stop site |