# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# FORT MYERS DIVISION

UNITED STATES OF AMERICA

-vs-                                        Case No.  2:11-cr-97-FtM-99SPC

JUDE SEREME, NEHEME DUCTANT,
RICK JEAN, WILMANE JEAN, RASHID FRANCOIS,
JOPHANEY HYPPOLITE,, ERIC BONITA

AUSA: Jesus Casas
Deft. Atty.: Alan Kaufman

| JUDGE | Sheri Polster Chappell | DATE AND TIME | March 7, 2012/9:30 |
|---|---|---|---|
| DEPUTY CLERK | Leslie M. Hinton | TAPE/REPORTER | MRS-Patsy Coleman |

## CLERK'S MINUTES

**Evidentiary Hearing on Motion to Suppress Wiretap Evidence on behalf of Neheme Ductant (Doc. #118)
and Motion to Suppress Evidence on behalf of Jude Sereme (Doc. #120)**

**9:30 AM** Court convenes.  Court hears argument on Motion to Suppress Wiretap Evidence on behalf of Neheme Ductant (Doc. #118).

The Court heard argument from Counsel regarding standing on the pending Motions to Adopt the Motions to Suppress filed by Defendants, Jophaney Hyppolite, Rashid Francois, Wilmane Jean, Eric Bonita, and Rick Jean.

Counsel for Defendant, Neheme Ductant, Alan Kaufman, introduces Exhibits #1, #2, and #3.

**10:15 AM**  Defense Counsel Alan Kaufman called Special Agent Ryan Davis.

Court hears argument of Counsel. Court will prepare Report and Recommendation with regarding to the Motion.

**11:42 AM**  Court adjourned regarding Ductant Motion.  Defendant remanded.

**1:15 PM** Court reconvenes to hear argument on Motion to Suppress Evidence by Jude Sereme.

**1:30 PM  Government calls Special Agent Ryan Davis.**

      **Government introduces Exhibit #1, 2, 3, and 6**

      **Defense Counsel, Russell Rosenthal, introduces Exhibits A-E.**

**3:02 PM   Government calls Lt. Pete Hedrick, Lee County Sheriff's Office.**

**3:30 PM   Government calls Detective Stephen Kirkby**

**5:00 PM   Court continues the hearing until tomorrow, March 8, 2012 at 10:15 AM.**