# United States District Court
## Middle District of Florida
### Fort Myers Division

UNITED STATES OF AMERICA

-vs-                                    Case No.  2:11-cr-97-FtM-99SPC

JUDE SEREME,

AUSA: Jesus Casas
Deft. Atty.: Russell Rosenthal

| JUDGE | Sheri Polster Chappell | DATE AND TIME | March 8, 2012/10:15 |
|---|---|---|---|
| DEPUTY CLERK | Leslie M. Hinton | TAPE/REPORTER | MRS-Patsy Coleman |

## CLERK'S MINUTES - DAY TWO

**Evidentiary Hearing on Motion to Suppress Wiretap Evidence on behalf of Jude Sereme (Doc. #120)**

**10:45 AM** Court Convenes

**10:47AM** Government calls Lt. Pete Hedrick

**10:55 AM** Defense Counsel closing argument

**12:23 PM** Government closing argument

**1:00 PM** Court adjourns