# DEFENDANT'S EXHIBIT LIST

D.Ct.No. 2:11-cr-97-FtM-99-SPC        United States v.
_Jude Sereme_

___ Government  ___ Plaintiff  _X_ Defendant
___ Joint  ___ Court

| Exhibit Number | Date Identified | Date Admitted | Witness | Description |
|---|---|---|---|---|
| A | 3/7/12 | 3/7/12 | | Application & Order December 9, 2010 |
| B | 3/7/12 | 3/7/12 | | GPS Coordinates 8:15 pm December 20, 2010 |
| C | 3/7/12 | 3/7/12 | | GPS Coodinates 8:25 pm December 20, 2010 |
| D | 3/7/12 | 3/7/12 | | Application & Order to Intercept Communications (239) 384-1052 July 12, 2011 |
| E | 3/7/12 | 3/7/12 | | Application & Order to Cotniune Intercept (239) 384-1052 & Intercept (754) 244-3916 |