

# DEFENDANT'S EXHIBIT LIST

D.Ct.No. <u>2:11-cr-97-FtM-29-SPC</u> United States v.   <u>*Jude Sereme*</u>

___ Government   ___ Plaintiff   _X_ Defendant
___ Joint   ___ Court

| Exhibit Number | Date Identified | Date Admitted | Witness | Description |
|---|---|---|---|---|
| A | | | | Photo of Michael Lee Hester |
| B | | | | Photo of Jennifer Sander |
| C | | | | Photo of Michael Dupin |
| D | | | | Photo of Lisa Ann Barker |
| E | | | | Photo of Beth Ann Torta |
| F | | | | Photo of Nancy Sue Blakely |
| G | | | | Photo of Ledora Risco |
| H1 | | | | Photo of 16902 Carmen Avenue |
| H2 | | | | Photo of 16902 Carmen Avenue |
| H3 | | | | Photo of 16902 Carmen Avenue |
| H4 | | | | Photo of 16902 Carmen Avenue |
| H5 | | | | Photo of 16902 Carmen Avenue |
| I1 | | | | Photo of 11441 Kimble Drive |
| I2 | | | | Photo of 11441 Kimble Drive |
| I3 | | | | Photo of 11441 Kimble Drive |
| J | | | | Plea Agreement Jennifer Sander |
| K | | | | Plea Agreement Michael Dupin |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |