UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA,

    Plaintiff, __
    Government _X_

v.                                  Case No. 2S:11-cr-97-FTM-29SPC

JUDE SEREME, a/k/a "Poppie," a/k/a "P-O,"
NEHEME DUCTANT, a/k/a "Lucky," a/k/a "Waldo,"
RICK JEAN, a/k/a "Slim," a/k/a "Slick,"
WILMANE JEAN, a/k/a "KK," a/k/a "Kid," a/k/a "Gumby,"
JOPHANEY HYPPOLITE, a/k/a "Mike Larry," a/k/a "Bo,"
ERIC BONITA, a/k/a "Black"

                                      __ Evidentiary
                                      _X_ Trial
                                      __ Other

    Defendant __

| AMENDED EXHIBIT LIST |||||
|---|---|---|---|---|
| Exhibit Number | Date Identified | Date Admitted | Witness | Description |
| 1 | | | Jonathan Armato | Aerial photograph of Linda Loma Drive, Carmen Avenue and Kimble Drive, Fort Myers, Florida |
| 1A | | | Ryan Davis | Pole Camera still images |
| 1B | | | Ryan Davis | Pole Camera Images; Intercepted Telephone Calls |
| 2 | | | Jennifer Sander | Photographs of Jude Sereme, Neheme Ductant, Rick Jean, Wilmane Jean, Fritzco Desir, Michael Dupin, Jophaney Hyppolite, Eric Bonita, Jennifer Sander, Rashid Francois |

| **AMENDED EXHIBIT LIST** |

| Exhibit Number | Date Identified | Date Admitted | Witness | Description |
|---|---|---|---|---|
| 3 | | | Jonathan Armato; Ryan Davis; Tyrone Shire | Cocaine purchased on August 27, 2010 at 7655 Breeze Drive, North Fort Myers, Florida, from Neheme Ductant |
| 4 | | | Stephen Kirkby; Summer Brown | Cocaine seized on December 20, 2010 from Jude Sereme |
| 5 | | | Stephen Kirkby | Video recording of seizure of cocaine from Jude Sereme on December 20, 2010 |
| 6 | | | Stephen Kirkby | Transcript of video recording of seizure of cocaine from Jude Sereme on December 20, 2010 |
| 7 | | | Jonathan Armato | LCSO recording and transcript of communication between Aland Genelas, Jude Sereme and Michael Hester |
| 8A | | | Jonathan Armato; Pierre Basquin | LCSO recordings and transcript of communications of Jude Sereme between 12/21/2010 and 01/11/2011 by Pierre Basquin |
| 8B | | | Jonathan Armato; Guy Trenard | LCSO recordings and transcript of communications of Jude Sereme between 12/21/2010 and 01/11/2011 by Guy Trenard |
| 9 | | | Nancy Blakley; Jonathan Armato | Audio recording and transcript of phone call on April 20, 2011 to purchase cocaine base |
| 10 | | | Nancy Blakley; Samuel Gonzalez; Jonathan Armato; Ryan Davis; Tyrone Shire | Cocaine base purchased on April 20, 2011 at 16902 Carmen Drive, Fort Myers, Florida, from Wilmane Jean |
| 11 | | | Nancy Blakley; Jonathan Armato | Audio recording and transcript of phone call on May 26, 2011 to purchase cocaine base |

| \ | AMENDED EXHIBIT LIST | | | |
|---|---|---|---|---|
| **Exhibit Number** | **Date Identified** | **Date Admitted** | **Witness** | **Description** |
| 12 | | | Nancy Blakley<br>Jonathan Armato | Audio recording and transcript of purchase of cocaine base on May 26, 2011 |
| 13 | | | Nancy Blakley;<br>Jonathan Armato;<br>Ryan Davis;<br>Tyrone Shire | Cocaine base purchased on May 26, 2011 at 11441 Kimble Drive (the shed), Fort Myers, Florida, from Rick Jean/Wilmane Jean |
| 14 | | | Nancy Blakley;<br>Jonathan Armato | Text communication to Rick Jean to purchase cocaine base on June 29, 2011 |
| 14A | | | Nancy Blakley;<br>Jonathan Armato | Audio recording and transcript of purchase of cocaine base on June 29, 2011 |
| 15 | | | Nancy Blakley;<br>Jonathan Armato;<br>Ryan Davis;<br>Tyrone Shire | Cocaine base purchased on June 29, 2011 at 11441 Kimble Drive (the shed), Fort Myers, Florida, from Rick Jean/Jophaney Hyppolite |
| 16 | | | Nancy Blakley;<br>Jonathan Armato | Text communication to Rick Jean to purchase cocaine base on July 7, 2011 |
| 17 | | | Nancy Blakley;<br>Jonathan Armato | Audio recording and transcript of phone call on July 7, 2011 to purchase cocaine base |
| 18 | | | Nancy Blakley<br>Jonathan Armato | Audio recording and transcript of purchase of cocaine base on July 7, 2011 |
| 19 | | | Nancy Blakley;<br>Jonathan Armato;<br>Ryan Davis;<br>Tyrone Shire | Cocaine base purchased on July 7, 2011 at 11441 Kimble Drive (the shed), Fort Myers, Florida, from Rick Jean |
| 20 | | | White Feather Cherokee | Subscriber record for telephone number (239) 384-1052 |

| **AMENDED EXHIBIT LIST** |
|---|---|---|---|---|

| Exhibit Number | Date Identified | Date Admitted | Witness | Description |
|---|---|---|---|---|
| 21 | | | Ryan Davis | Recordings, including translations and transcripts by Mireille Calvin, of wire intercepted communications occurring over telephone number (239) 384-1052 |
| | | | | |
| 21A | | | Ryan Davis; Mireille Calvin | Recordings, including translations and transcripts by Mireille Calvin, of wire intercepted communications occurring over telephone number (239) 384-1052 |
| | | | | |
| 22 | | | Ryan Davis | Summary chart of wire intercepted communications occurring over telephone number (239) 384-1052 |
| | | | | |
| 23 | | | White Feather Cherokee | Subscriber record for telephone number (754) 244-3916 |
| | | | | |
| 24 | | | Ryan Davis | Recordings of wire intercepted communications occurring over telephone number (754) 244-3916 |
| | | | | |
| 24A | | | Ryan Davis; Pierre Basquin | Recordings, including translations and transcripts by Pierre Basquin, of wire intercepted communications occurring over telephone number (754) 244-3916 |
| | | | | |
| 25 | | | Ryan Davis | Summary chart of wire intercepted communications occurring over telephone number (754) 244-3916 |
| | | | | |
| 26 | | | Dan Muhlhahn | Video recording of Rick Jean and Wilmane Jean during traffic stop on August 4, 2011 |
| | | | | |
| 27 | | | Chris Meyer; Dan Muhlhahn; Matthew Putterbaugh | Cocaine seized during traffic stop of Rick Jean on August 4, 2011 |
| | | | | |

| \ | AMENDED EXHIBIT LIST | | | |
|---|---|---|---|---|
| **Exhibit Number** | **Date Identified** | **Date Admitted** | **Witness** | **Description** |
| 28 | | | Beth Ann Torta; Jonathan Armato | Audio recording and transcript of purchase of cocaine base on September 21, 2011 from Michael Dupin at 16902 Carmen Avenue, Fort Myers |
| 29 | | | Beth Ann Torta; Jonathan Armato; Ryan Davis; Tyrone Shire | Cocaine base purchased on September 21, 2011 from Michael Dupin at 16902 Carmen Avenue, Fort Myers (Deal #1) |
| 30 | | | Beth Ann Torta; Ryan Davis; Tyrone Shire | Cocaine base purchased on September 21, 2011 from Michael Dupin at 16902 Carmen Avenue, Fort Myers (Deal #2) |
| 31 | | | Beth Ann Torta; Jonathan Armato | Audio recording and transcript of purchase of cocaine base on September 21, 2011 from Fritzco Desir at 11341 Linda Loma Drive, Fort Myers (Deal #1 and Deal #2) |
| 32 | | | *no exhibit* | *no exhibit* |
| 33 | | | Beth Ann Torta; Chris Brannan; Tyrone Shire | Cocaine base purchased on September 21, 2011 from Fritzco Desir at 11341 Linda Loma Drive, Fort Myers (Deal #1) |
| 34 | | | Beth Ann Torta; Chris Brannan; Tyrone Shire | Cocaine base purchased on September 21, 2011 from Fritzco Desir at 11341 Linda Loma Drive, Fort Myers (Deal #2) |
| 35 | | | Beth Ann Torta; Jonathan Armato | Audio recording and transcript of purchase of cocaine base on September 27, 2011 from Eric Bonita at 11341 Linda Loma Drive, Fort Myers |
| 36 | | | Beth Ann Torta; Ryan Davis; Chris Brannan; Tyrone Shire | Cocaine base purchased on September 27, 2011 from Eric Bonita at 11341 Linda Loma Drive, Fort Myers |

| | AMENDED EXHIBIT LIST | | | |
|---|---|---|---|---|
| **Exhibit Number** | **Date Identified** | **Date Admitted** | **Witness** | **Description** |
| 37 | | | Beth Ann Torta; Jonathan Armato | Audio recording and transcript of purchase of cocaine base on September 27, 2011 from Jophaney Hyppolite and Jennifer Sander at 11441 Kimble Drive, Fort Myers (the Shed) |
| 38 | | | Beth Ann Torta; Ryan Davis; Chris Brannan Tyrone Shire | Cocaine base purchased on September 27, 2011 from Jophaney Hyppolite and Jennifer Sander at 11441 Kimble Drive, Fort Myers (the Shed) |
| 39 | | | Beth Ann Torta; Jonathan Armato | Audio recording and transcript of purchase of cocaine base on October 13, 2011 from Eric Bonita at 11341 Linda Loma Drive, Fort Myers |
| 40 | | | Beth Ann Torta; Ryan Davis; Carolyn Hudson | Cocaine base purchased on October 13, 2011 from Eric Bonita at 11341 Linda Loma Drive, Fort Myers |
| 41 | | | Kevin McCormick | Search warrant photographs of 11441 Kimble Drive, Fort Myers (the Shed) |
| 41A | | | Kevin McCormick | Sketch of interior of 11441 Kimble Drive (the shed) |
| 41B | | | Kevin McCormick | Keys |
| 41C | | | Kevin McCormick | Western Union receipt |
| 42 | | | Justin Spence; Kevin McCormick; Chris Brannan; Carolyn Hudson | Cocaine base seized from 11441 Kimble Drive, Fort Myers (the Shed) |
| 43 | | | Patricia Enterline | Search warrant photographs of 11341 Linda Loma Drive, Fort Myers |

| **AMENDED EXHIBIT LIST** |

| Exhibit Number | Date Identified | Date Admitted | Witness | Description |
|---|---|---|---|---|
| 43A | | | Patricia Enterline | Sketch of 11341 Linda Loma Drive |
| 43B | | | Patricia Enterline | Western Union receipt-Jerry Pierre |
| 43C | | | Patricia Enterline | Western Union receipts |
| 43D | | | Patricia Enterline | Scale |
| 43E | | | Patricia Enterline | Rental notice for Corrie Williams |
| 44 | | | Jody Payne | Search warrant photographs of 11371 Linda Loma Drive, Fort Myers |
| 44A | | | Jody Payne | Sketch of 11371 Linda Loma Drive |
| 44B | | | Jody Payne | Metal pot |
| 44C | | | Jody Payne | Rental notice for Corrie Williams; miscellaneous paperwork |
| 45 | | | Jody Payne; Chris Brannan; Carolyn Hudson | Cocaine base seized from 11371 Linda Loma Drive, Fort Myers |
| 45A | | | Jody Payne; Chris Brannan; Carolyn Hudson | Cocaine base seized from 11371 Linda Loma Drive, Fort Myers |
| 46 | | | Fabio Nahmens | Search warrant photographs of 16902 Carmen Avenue, Fort Myers |
| 46A | | | Fabio Nahmens | Green recycling bag with white and blue pots |
| 46B | | | Jennifer Torres; Fabio Nahmens | Rental agreement for 16891 Juanita #4; additional paperwork |

| AMENDED EXHIBIT LIST ||||| 
|---|---|---|---|---|
| **Exhibit Number** | **Date Identified** | **Date Admitted** | **Witness** | **Description** |
| 46C | | | Jennifer Torres; Fabio Nahmens | Western Union receipt |
| 46D | | | Fabio Nahmens | Legal paperwork of Michael Hester |
| 46E | | | Fabio Nahmens, John Armato | United States Currency |
| 46F | | | Jennifer Torres; Mark Sewell; Fabio Nahmens; | Sketch of 16902 Carmen Avenue |
| 47 | | | Jennifer Torres; Fabio Nahmens; Chris Brannan; Carolyn Hudson | Cocaine base seized from 16902 Carmen Avenue, Fort Myers |
| 47A | | | Jennifer Torres; Fabio Nahmens; Chris Brannan; Carolyn Hudson | Cocaine base seized from 16902 Carmen Avenue, Fort Myers |
| 47B | | | Mark Sewell; Fabio Nahmens; Chris Brannan; Carolyn Hudson | Cocaine base seized from 16902 Carmen Avenue, Fort Myers |
| 48 | | | Charlie Ward | Video recording of traffic stop on 10/20/2011 of Wilmane Jean and Neheme Ductant |
| 49 | | | Chris Brannan | Summary chart of drug exhibits |
| 50 | | | Michael Dupin | Plea agreement (redacted) |
| 51 | | | Jennifer Sander | Plea agreement (redacted) |

| AMENDED EXHIBIT LIST ||||| 
|---|---|---|---|---|
| **Exhibit Number** | **Date Identified** | **Date Admitted** | **Witness** | **Description** |
|  |  |  |  |  |