

# DEFENDANT'S EXHIBIT LIST

D.Ct.No. 2:11-cr-97-FtM-29-SPC United States v. __Jude Sereme__

__ Government   __ Plaintiff   X Defendant
__ Joint   __ Court

| Number | Exhibit Date Identified | Date Admitted | Witness | Description |
|---|---|---|---|---|
| A | | | | Photo of Michael Lee Hester |
| B | | | | Photo of Jennifer Sander |
| C | | | | Photo of Michael Dupin |
| D | | | | Photo of Lisa Ann Barker |
| E | | | | Photo of Beth Ann Torta |
| F | | | | Photo of Nancy Sue Blakely |
| G | | | | Photo of Ledora Risco |
| H1 | | | | Photo of 16902 Carmen Avenue |
| H2 | | | | Photo of 16902 Carmen Avenue |
| H3 | | | | Photo of 16902 Carmen Avenue |
| H4 | | | | Photo of 16902 Carmen Avenue |
| H5 | | | | Photo of 16902 Carmen Avenue |
| I1 | | | | Photo of 11441 Kimble Drive |
| I2 | | | | Photo of 11441 Kimble Drive |
| I3 | | | | Photo of 11441 Kimble Drive |
| J | | | | Plea Agreement Jennifer Sander |
| K | | | | Plea Agreement Michael Dupin |
| L | SEP 2 0 2012 | SEP 2 0 2012 | Jennifer Sander | Sentencing Guideline Chart |
| O | OCT 3 2012 | OCT 3 2012 | M. Vasile | |