**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**Ft Myers Division**

UNITED STATES OF AMERICA

v.                                                    Case No.  2:11-cr-97-FtM-29SPC

JUDE SEREME, et. al,

# COURT'S EXHIBIT LIST

❏ Government        ❏ Plaintiff        ❏ Defendant        **x Court**

| Exhibit No. | Date Identified | Date Admitted | Witness | Description of Exhibit |
|---|---|---|---|---|
| 1 |  | 9/19/12 |  | Jury note |
| 2 |  | 9/19/12 |  | Jury note |
| 3 |  | 9/20/12 |  | 9/19/12 Letter regarding Juror Dana Hall from her employer |
| 4 |  | 9/28/12 |  | Jury note |
| 5 |  | 10/5/12 |  | Jury note |
| 6 |  | 10/5/12 |  | CD provided to Jurors as a result of Court Exhibit #5 containing the requested exhibits |
|  |  |  |  |  |