**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**FORT MYERS DIVISION**

UNITED STATES OF AMERICA

v.  Case No. 2:11-cr-97-FtM-29SPC

JUDE SEREME

## (SENTENCING)

## DEFENDANT'S EXHIBIT LIST

❏ Government  ❏ Plaintiff  X❏ **Defendant**  Court

| Exhibit No. | Date Identified | Date Admitted | Witness | Description of Exhibit |
|---|---|---|---|---|
| A |  | 4/26/2013 |  | DISTRICT COURT, 14TH JUDICIAL DISTRICT Case No. CF 2008-4832 Felony Information |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |