**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION**

UNITED STATES OF AMERICA

v.                                    Case No.  2:11-cr-97-FtM-29SPC

JUDE SEREME

# (SENTENCING)

## GOVERNMENT'S  EXHIBIT LIST

X❏ **Government**      ❏ Plaintiff         ❏ Defendant         Court

| Exhibit No. | Date Identified | Date Admitted | Witness | Description of Exhibit |
|---|---|---|---|---|
| 1 | | | | |
| 2 | | 4/1/13 | | Judgment filed 8/18/2004<br>Case No. 04-021452<br>Jude Screme |
| 3 | | 4/1/13 | | Judgment and Sentence<br>District Court, Tulsa County<br>Oklahoma Case No. CF-08-4832 |
| 4 | | 4/26/13 | | Order - Rule 8 Hearing<br>Case No. CF-08-4832 |
| 5 | | 4/26/13 | | Case No. CF-08-4832<br>Plea of Guilty<br>Summary of Facts |
| 6 | | 4/26/13 | | District Court, Tulsa County<br>Oklahoma Case No. CF-08-4832<br>Amended Judgment |
| 7 | | 4/26/13 | | District Court, Tulsa County<br>Oklahoma Case No. CF-08-4832<br>Docket |